UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **CV 25-5311-MWF(RAOx)**                                                     Date:  August 13, 2025

Title       ***Charay Bellamy v. Doug Telino, et al.***

---

Present: The Honorable:     **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on June 11, 2025.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on September 9, 2025.  Plaintiff filed a "Proof of Service" at Docket No. 3, rather than a Request for Clerk to Issue Summons.  Therefore, a Summons has not been issued by the Clerk of Court.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 10, 2025**.

- By Plaintiff:  Proof of Service of the Summons and Complaint that satisfies the requirements of Federal Rule of Civil Procedure 4(i).

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **September 10, 2025**, will result in the dismissal of this action.

IT IS SO ORDERED.